AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Kenneth McSwain,
*Petitioner*
v.                                          )
                                            )   Civil Action No.    1:21-cv-01594-MGL
                                            )
                                            )
                                            )
Cherokee County Detention Center,           )
*Respondent*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ the petitioner, Kenneth McSwain, take nothing of the respondent, Cherokee County Detention Center, and this action is dismissed with prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the honorable Mary Geiger Lewis, US District Judge, presiding. The Court having accepted the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, dismissing the complaint for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Date:  October 25, 2021                             *ROBIN L. BLUME, CLERK OF COURT*

                                                    s/M.McDonnell

                                                    *Signature* of Clerk or Deputy Clerk